Steven C. Dawson, Bar No. 006674
Anita Rosenthal, Bar No. 006199
Sander R. Dawson, Bar No. 032243
DAWSON & ROSENTHAL, P.C.
25 Schnebly Hill Road
Sedona, Arizona  86336-4233
Telephone:      (928) 282-3111
Facsimile:       (928) 282-3126
dandr@dawsonandrosenthal.com

Scott E. Davis, Bar No. 016160
SCOTT E. DAVIS, P.C.
8360 E. Raintree Drive, #140
Scottsdale, Arizona 85260
Telephone:      (602) 482-4300
Facsimile:       (602) 569-9720
email: davis@scottdavispc.com

Scott M. Harris, Bar No. 011524
SCOTT M. HARRIS, P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, Arizona 85260
Telephone:      (602) 252-7400
Facsimile:       (602) 795-5610
email: harris@smharrislaw.com

Jeffrey K. Rubin (AK Bar No. 8206061, *pro hac vice*)
Richard H. Friedman (WA Bar No. 30626, *pro hac vice*)
Roger Davidheiser (WA Bar No. 18638, *pro hac vice*)
FRIEDMAN | RUBIN, PLLP
1126 Highland Ave.
Bremerton, WA 98337
Telephone:      (360) 782-4300
Fax:              (360) 782-4358
jrubin@friedmanrubin.com
rfriedman@friedmanrubin.com

*Attorneys for Plaintiff Mark Biliack*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| MARK BILIACK, M.D., and individual,<br><br>　　　　　　Plaintiff,<br>　　vs. | Case No.:  2:16-cv-03631-DJH<br><br>**AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF STEVEN PLITT** |

| | |
|---|---|
| 1 | THE PAUL REVERE LIFE INSURANCE COMPANY, a Massachusetts Corporation; UNUM GROUP, a Delaware Corporation; AUSTIN JEROME PHILBIN, M.D., an individual; SUZANNE BENSON, M.D., an individual, |
| | Defendants. |

PLEASE TAKE NOTICE that Plaintiff Mark Biliack, through undersigned counsel, will take the videotaped deposition of the person named below at the date, time and location indicated.

The deposition will be videotaped and before a notary public, or other officer duly authorized by law to take depositions. Said deposition is subject to continuance or adjournment from time to time or place to place until completed.

At the time of deposition, pursuant to Fed.R.Civ.P. 30(b)(2) and Fed.R.Civ.P.34(a)(1)(A), you are requested to produce any documents reviewed in preparation for giving testimony at this deposition.

PERSON TO BE EXAMINED:  **Steven Plitt**
**The Cavanagh Law Firm**
**1850 North Central Avenue**
**Suite 2400**
**Phoenix, AZ  95004**

DATE AND TIME:  **Wednesday, July 3, 2019**
**9:00 a.m.**

PLACE OF DEPOSITION:  **Bartelt Nix**
**111 West Monroe Street, Suite 425**
**Phoenix, AZ  95003**
**602-254-4111**

2

DATED this 20th day of May, 2019.

          DAWSON & ROSENTHAL

          */s/ Steven C. Dawson*
          Steven C. Dawson
          Anita Rosenthal
          Sander R. Dawson
          25 Schnebly Hill Road
          Sedona, Arizona 86336

          FRIEDMAN | RUBIN, PLLP
          Jeffrey K. Rubin
          Richard Friedman
          Roger Davidheiser
          1126 Highland Ave.
          Bremerton, WA 98337

          .
          Scott E. Davis
          8360 E. Raintree Drive, #140
          Scottsdale, AZ 85260

          SCOTT M. HARRIS, P.C.
          Scott M. Harris
          8360 E. Raintree Drive, Suite 140
          Scottsdale, AZ 85260

          *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on May 20, 2019, I electronically transmitted the foregoing to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants in this action.

*/s/ Viki Ralston*_____
Viki Ralston